**FILED**

MAY - 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10-304 FCD |
| Plaintiff, | ) ) | [PROPOSED] ORDER FOR COMPETENCY EVALUATION UNDER 18 U.S.C. § 4241(d) |
| v. | ) ) | |
| JOHN LESTER GROSS, II, | ) ) | |
| Defendant. | ) ) | |

This Court finds that reasonable cause exists to believe that Mr. Gross may presently suffer from a mental disease or defect that may render him incompetent to the extent that he cannot assist properly in his defense.

Therefore, pursuant to 18 U.S.C. § 4241(d), this Court commits Mr. Gross to the custody of the Attorney General for treatment in a suitable facility for a period not to exceed four months to determine whether a substantial probability exists in the foreseeable future that Mr. Gross will attain the capacity to permit the proceedings to go forward.

DATED: 5/9/11

_____
FRANK C. DAMRELL, Jr.
United States District Judge

Request For Competency Evaluation              1                                    10-304 FCD